**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

PORTLAND
RECEIVED & FILED
2025 MAR -5 P 1:38
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**v.**

**CUAUHTEMOC ALFREDO DIAZ-LOPEZ**

**Case No.** 2:25-cr-00033-JAW

## INDICTMENT

The Grand Jury charges:

**COUNT ONE**
**(Re-Entry of Alien After Prior Deportation)**

On about January 22, 2025, in the District of Maine, the defendant,

**CUAUHTEMOC ALFREDO DIAZ-LOPEZ**

an alien, was found in the United States of America after having been previously removed therefrom on about April 29, 2019, through San Ysidro, California, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States of America.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL,

[redacted] Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY

DATED: MARCH 5, 2025